AUSA: William Ott   Telephone: (989) 895-5712
Special Agent: Kyle McGraw   Telephone: (810) 768-5775

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>a Silver Windows Tablet with "Brandon Sharpe" on the welcome screen CURRENTLY LOCATED AT THE BAYANET OFFICE IN ATF CUSTODY | )<br>)<br>)   Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____Michigan____.
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before   August 20, 2024   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duty .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     August 6, 2024   1:46 pm          *(signature)*
*Judge's signature*

City and state:     Detroit, Michigan          Hon. Kimberly G. Altman,  U. S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**
**DESCRIPTION OF PROPERTY TO BE SEARCHED**

The property to be search is a Silver Windows Tablet with "Brandon Sharpe" on the welcome screen, passcode 082118, with device ID# 9E989D7F-5BF7-40D9-B2E4-E11A44C6D68D The device is currently located at the BAYANET office in ATF custody.

This warrant authorizes the forensic examination for the device for the purpose of identifying the electronically stored information described in Attachment B.

**ATTACHMENT B**
**ITEMS TO BE SEARCHED FOR AND SEIZED**

1.　　All records on the device described in Attachment A that relate to violations of Title 18 U.S.C. §922(o) – possession of a machine gun, Title 18 U.S.C. § 922(a)(1) – Engaging in the business of dealing firearms without a license, and Title 26, United States Code 5861(e) - transferring a firearm in violation of the National Firearms Act by Brandon SHARPE, including:

   a. Records relating to the manufacturing of firearms, swift links, machinegun parts, and firearm accessories by SHARPE for the distribution to other individuals.

   b. Application information including history of use of the application, downloads, templates, program uses, history and dates items were accessed, downloaded, or printed and on which devices they may have been printed on.

   c. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

   d. Any information related to sources of obtaining firearms (including names, addresses, phone numbers, websites or any other identifying information);

   e. All video call history, including "calls received", "calls made" and "missed calls" or similar headings, to include the number dialed, the number the Device was called from, and any date and time log associated with such calls;

   f. All electronically stored communications or messages, text messages, emails, photographs (including videos and still images), or social media communications regarding possible accomplices.

   g. All passwords, password files or passcodes necessary to access the contents of the Device to be searched, or to convert any file or data from the Device to be searched into readable form.

   h. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and

browsing history.

i. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

j. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

k. Any and all data related to 3D printing, including but not limited to 3D printing apps and all associated data; 3D printing specifications; online search history for 3D printing; downloads related to 3D printing; saved images related to 3D printing; and any 3D printing software.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 24-mc-50881-2 | **Date and time warrant executed:** 8/6/24 | **Copy of warrant and inventory left with:** — |
| **Inventory made in the presence of :** — | | |

**Inventory of the property taken and name of any person(s) seized:**

Electronic Download of Tablet

KM

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/6/24

_____
Executing officer's signature

Kyle McGraw - ATF

_____
Printed name and title